JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA PONCE, | Case No. 1:20-cv-01664-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have an 7-day extension of time, from June 21, 2021 to June 28, 2021, for Plaintiff to serve on defendant with Plaintiff's Confidential Letter Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Good cause exists for this late request.  Plaintiff's original due date was June 18, 2021. (ECF Nos. 12, 13) On June 18, 2021, the President signed into law Juneteenth Day of Observance, making the day a federal holiday. It was Counsel's understanding that the new deadline for this matter resulting from the newly

1

created federal holiday was June 21, 2021. However, Counsel failed to move the deadline to June 21, 2021, and instead left the deadline for June 18, 2021. As Counsel's office closed early in celebration of Juneteenth Day, Counsel failed to properly calendar the new deadline. This oversight was within Counsel's control and sincerely apologizes to Defendant and to the Court for any inconvenience. It is not Counsel's intention to cause any unnecessary delays.

     Defendant does not oppose the requested extension.

Respectfully submitted,

Dated: June 28, 2021  PENA & BROMBERG, ATTORNEYS AT LAW

                 By: */s/ Jonathan Omar Pena*
                     JONATHAN OMAR PENA
                     Attorneys for Plaintiff

Dated: June 29, 2021       PHILLIP A. TALBERT
                            Acting United States Attorney
                            DEBORAH LEE STACHEL
                            Regional Chief Counsel, Region IX
                            Social Security Administration

                 By:  */s/ Marcelo N. Illarmo*
                     Marcelo N. Illarmo
                     Special Assistant United States Attorney
                     Attorneys for Defendant
                     (*As authorized by email on June 29, 2021)

## ORDER

Pursuant to the stipulation of the parties (ECF No. 14), IT IS HEREBY ORDERED that the deadline for Plaintiff to serve Defendant with Plaintiff's Letter Brief is extended *nunc pro tunc* to June 28, 2021. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __June 30, 2021__

/s/ Eric P. Gros[illegible]
UNITED STATES MAGISTRATE JUDGE