JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Amelia   Ponce,<br><br>            Plaintiff,<br><br>      vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. 1:20-cv-01664-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from September 1, 2021 to October 1, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time, but the first extension for the merit brief.  Good cause exists for the extension request.

Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due the week of August 30, 2021.  Counsel for Plaintiff has three letter briefs, one

1  Plaintiff's Portion of Joint Submission, three Opening briefs, and one Reply brief due the same
2  week. Additionally, Counsel has recently received a greater number of Answers and Certified
3  Administrative Records from defendant in cases in this district, and the three other California
4  Districts, each of which require settlement negotiations or merit briefing.  Counsel is in the
5  process of increasing staff support to accommodate the increase in the number of cases at the
6  briefing stage.

   Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: August 31, 2021              PENA & BROMBERG, ATTORNEYS AT LAW


                                    By: */s/ Jonathan Omar Pena*
                                        JONATHAN OMAR PENA
                                        Attorneys for Plaintiff


Dated: August 31, 2021              PHILLIP A. TALBERT
                                    Acting United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration


                                    By:  *\*/s/ Marcelo N. Illarmo*
                                         Marcelo N. Illarmo
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant
                                         (*As authorized by email on August 31, 2021)

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 20), IT IS HEREBY ORDERED that Plaintiff shall file and serve an opening brief no later than October 1, 2021. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:   **September 1, 2021**           /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE